KATHERINE N. DEASON, *Appellant,* vs. MOSES KREIGER and
INDUSTRIAL SERVICE CORPORATION, a Florida corporation,
*Appellees.*

145 So. 187.

Division B.

Opinion filed December 29, 1932.

*Ruff & Ready,* for Appellant;

*Myer & Lipton,* for Appellees.

PER CURIAM.—This is a companion case to that of Deason
vs. Deitz, recently considered by us. Part of the same
transaction is involved in this case, that was considered
by us in the case just referred to.

The appellee, Moses Kreiger, filed his bill to foreclose
a purchase money mortgage against the appellant,
Katherine N. Deason. The mortgage had been assigned
to him by the appellee, Industrial Service Corporation.
The defendant filed an answer containing a claim for
affirmative relief, averring that she had been fraudulently
induced to enter into the bargain which had caused her
to make a cash payment and execute the notes and mort-
gage in suit. Upon the basis of the facts set up in her
answer, defendant asked affirmative relief by way of
rescission of the notes and mortgage and return of her
down payment. The court struck the answer as insuffi-
cient in law on the facts alleged, and refused to permit
an amended answer of like import, to be filed. These
rulings constitute the basis for this appeal and they
should be affirmed on authority of Stokes vs. Victory
Land Co., 99 Fla. 795, 128 Sou. Rep. 408, and similar
cases; also Davidson vs. Davis, 59 Fla. 476, 52 Sou. Rep.
139, as to the claim of usury.

Affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

BUFORD, C.J., AND ELLIS, J., concur in the opinion and judgment.

Filed under Rule 21 A.